# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON LORENZO BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82022

FILED

NOV 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus or prohibition challenges the 2019 reassignment of petitioner's postconviction habeas proceedings to a recused judge and seeks to vacate any subsequent orders of the recused judge as void. Having considered the petition and the documents before us, we decline to exercise our discretion to intervene in this matter because petitioner has a plain, adequate and speedy remedy by way of an appeal from an order denying a postconviction petition for a writ of habeas corpus. *See* NRS 34.170; NRS 34.330; NRS 34.575(1); *Pan v. Eighth Judicial Dist.*

20-41654

*Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

        ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Michael Villani, District Judge
       Hon. Michelle Leavitt, District Judge
       McAvoyamaya & Revero
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk